United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERON LOPEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-26-4474 |
| | § | |
| OFFICER MARTINEZ, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Plaintiff's application to proceed *in forma pauperis* in this *pro se* Harris County pretrial detainee civil lawsuit (Docket Entry No. 2) is **DENIED**. Plaintiff failed to submit the required copy of his current inmate trust account statement.

Plaintiff is **ORDERED** to file the required copy of his current inmate trust account statement within **THIRTY DAYS** from date of this order. Plaintiff's failure to comply with this order will result in dismissal of this lawsuit for non-payment of the filing fee.

Signed at Houston, Texas, on this the ___9th___ day of June, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE